**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00235-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AZFAR JADOON ANWAR,

    Plaintiff,

v.

BOULDER COUNTY COURT,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Azfar Jadoon Anwar, currently resides in Denver, Colorado.  Plaintiff initiated this action by filing *pro se* a pleading titled, "Motion Litigation Costs Pursuant to 5 USCS § 552."  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  _X_  is not submitted
(2)  ___  is not on proper form (must use the Court's current form)
(3)  ___  is missing original signature by Plaintiff
(4)  ___  is missing affidavit
(5)  ___  affidavit is incomplete
(6)  ___  affidavit is not properly notarized
(7)  ___  names in caption do not match names in caption of complaint, petition or application
(8)  _X_  other: In the alternative Plaintiff may pay the $400 filing fee.

**Complaint or Petition**:
(9)  ___  is not submitted

| | | |
|---|---|---|
| (10) | X | is not on proper form (must use the court's current form) |
| (11) | __ | is missing an original signature by the Plaintiff |
| (12) | __ | is incomplete |
| (13) | __ | uses et al. instead of listing all parties in caption |
| (14) | __ | names in caption do not match names in text of Complaint |
| (15) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (16) | __ | other:. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit and a complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 28, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge