IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00235-BNB

AZFAR JADOON ANWAR,

    Plaintiff,

v.

BOULDER COUNTY COURT,

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Azfar Jadoon Anwar, currently resides in Denver, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled "Motion Litigation Costs Pursuant to 4 USCS § 552." On January 28, 2014, Magistrate Judge Boyd N. Boland directed Plaintiff to submit his claims on a Court-approved form used in filing *pro se* complaints and either to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $400 filing fee in full. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Plaintiff has failed to communicate with the Court since the January 28 Order and has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

    Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438

(1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

    ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed. It is

    FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

    DATED at Denver, Colorado, this  4th  day of   March  , 2014.

                      BY THE COURT:

                        s/ Lewis T. Babcock  
                      LEWIS T. BABCOCK, Senior Judge  
                      United States District Court